AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Isicoff, Laurel M. | 2. Court or Organization<br><br>S.D.Florida - Bankruptcy | 3. Date of Report<br><br>07/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

301 North Miami Avenue
Room 817
Miami, Florida 33128

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Secretary | The Joseph Samuel Isicoff Memorial Fund, Inc. |
| 2. | Board Member | American College of Bankruptcy Foundation |
| 3. | Judicial Director | University of Miami Law Alumni Association |
| 4. | Judicial Co-Chair | The Florida Bar Business Law Section Pro Bono Committee |
| 5. | Judicial Chair | American Bankruptcy Institute Southeast Conference |
| 6. | Chair | National Conference of Bankruptcy Judges, NextGeneration Program Committee |
| 7. | Director | American Bankruptcy Institute |
| 8. | Secretary, Executive Board Member | National Conference of Bankruptcy Judges (as of 02/2015) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 07/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | ABC/Svinga Bros. Corp. - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/21/2014 - 1/23/2014 | Orlando, Florida | Midyear Meeting - attend meetings | travel, food and lodging |
| 2. | American Bankruptcy Institute | 2/7/2014 - 2/9/2014 | San Juan, Puerto Rico | Annual Caribbean Insolvency conference - panelist | travel, food and lodging |
| 3. | American Bankruptcy Institute | 4/23/2014 - 4/26/2014 | Washington, D.C. | Annual Meeting - speaker and attend meetings | travel, food and lodging |
| 4. | Bankruptcy Bar Association of the Southern District of Florida | 5/9/2014 - 5/11/2014 | Key Largo, Florida | Annual Educational Retreat - attend meetings | lodging and seminar fee |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 07/15/2015 |

| 5. | American Bankruptcy Institute | 5/29/2014 - 5/30/2014 | Washington, D.C. | Student Loan Symposium - Panelist | travel, food and lodging |
|---|---|---|---|---|---|
| 6. | The Florida Bar | 6/25/2014 - 6/27/2014 | Orlando, Florida | Annual meeting of the Florida Bar - speaker and attend meetings | travel, food and lodging |
| 7. | American Bankruptcy Institute | 7/24/2014 - 7/27/2014 | Amelia Island, Florida | Annual Southeastern Bankruptcy conference - panelist and judicial chair | travel, food and lodging |
| 8. | The Florida Bar | 8/29/2014 - 9/1/2014 | Naples, Florida | Annual Business Law Section Retreat - attend meetings | travel, food and lodging |
| 9. | American Bankruptcy Institute | 12/3/2014 - 12/7/2014 | Palm Springs, California | Winter Leadership Conference - panelist and attend meetings | travel, food and lodging |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Accounts | A | Interest | K | T | | | | | |
| 2. ABC/Svinga Bros. Corp. common stock | | None | P1 | W | | | | | |
| 3. Ocala Property LLC | | None | M | W | | | | | |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - JNJ common stock | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. -MS Active Assets Tax FR Trust | A | Interest | M | T | | | | | |
| 8. | | | | | | | | | |
| 9. -I Shares TR MSCI Index Fund | B | Dividend | K | T | | | | | |
| 10. -I Shares Russell Index Fund #1 | A | Dividend | J | T | | | | | |
| 11. -I Shares Russell Index Fund #3 | B | Dividend | K | T | | | | | |
| 12. -I Shares Russell Index Fund #4 | A | Dividend | K | T | | | | | |
| 13. -I Shares Russell Index Fund #5 | A | Dividend | J | T | | | | | |
| 14. -I Shares Russell Index Fund #6 | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. Brokerage Account #3 | | | | | | | | | |
| 17. - Davis Gov't Money Mkt Class B | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 07/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19.    Invesco Cash Reserves | A | Dividend | J | T | | | | | |
| 20.    - Citibank Account #3 | A | Interest | K | T | | | | | |
| 21. | | | | | | | | | |
| 22.    Citibank IRA #1 | A | Interest | J | T | | | | | |
| 23.    Citibank IRA #2 | C | Interest | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26.    Citibank Acct. #4 (Y) | | | | | | | | | |
| 27. | | | | | | | | | |
| 28.    Citibank Acct. #5 (Y) | | | | | | | | | |
| 29. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 07/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 26 and 28 -  These accounts belonged to ███████ who is now ██████ In late 2013 or early 2014 (she cannot remember the exact date) she closed these accounts and transferred her money to an account with her ██████

| Name of Person Reporting | Date of Report |
|---|---|
| Isicoff, Laurel M. | 07/15/2015 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurel M. Isicoff**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544